1  Robert I. Lockwood, Bar No. 259870
   rlockwood@littler.com
2  Na Rae Kim, Bar No. 335392
   nakim@littler.com
3  LITTLER MENDELSON, P.C.
   333 Bush Street
4  34th Floor
   San Francisco, California 94104
5  Telephone:  415.433.1940
   Fax No.:    415.399.8490
6
   Attorneys for Defendant
7  REDDIT INC.

8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   JAMIE LEE,                            Case No.
12
              Plaintiff,                 **DEFENDANT REDDIT INC.'S**
13                                       **CORPORATE DISCLOSURE**
        v.                               **STATEMENT**
14
   REDDIT INC. and DOES 1-10, inclusive, [San Francisco Court Case No.
15                                       CGC-23-608675]
              Defendant.
16

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF JAMIE LEE AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Reddit, Inc. ("Defendant") by and through its attorneys of record, hereby certifies that Defendant does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: October 11, 2023

LITTLER MENDELSON, P.C.

*/s/ Na Rae Kim*
Robert I. Lockwood
Na Rae Kim

Attorneys for Defendant
REDDIT INC.