Navruz Avloni (SBN 279556)
*navruz@avlonilaw.com*
AVLONI LAW A
PROFESSIONAL CORPORATION
870 Market Street, Suite 544
San Francisco, CA 94102
Tel: (415) 524-2218
Fax: (415) 226-7607

Attorney for Plaintiff Jamie Lee

Robert I. Lockwood
*rlockwood@littler.com*
Na Rae Kim
*nakim@littler.com*
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, CA 94105
Tel: (415) 433-1940

Attorneys for Defendant Reddit, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LEE,<br><br>    Plaintiff,<br><br>v.<br><br>REDDIT, INC. and DOES 1-10, inclusive,<br><br>    Defendant. | Case No. 3:23-cv-05194-JD<br><br>**NOTICE OF SETTLEMENT; JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Hon. James Donato |

COME NOW Plaintiff Jamie Lee, by and through her undersigned counsel, and Defendant Reddit, Inc., by and through its undersigned counsel, and, being all of the parties to this action, jointly provide notice that the parties have entered into a confidential Settlement Agreement, and therefore the parties jointly stipulate pursuant to Rule 41(a) of the Federal Rules

1

of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this 20th day of February 2024,

| **AVLONI LAW A PROFESSIONAL CORPORATION** | **LITTLER MENDELSON, P.C.** |
|---|---|
| /s/ *Navruz Avloni* | /s/ *Robert I. Lockwood* |
| Navruz Avloni | Robert I. Lockwood |
| Attorney for Plaintiff Jamie Lee | Na Rae Kim |
|  | Attorneys for Defendant Reddit, Inc. |

**PROPOSED ORDER**

    Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: _____, 2024          By: _____
                                                                           Hon. James Donato
                                                                       United States District Judge

NOTICE OF SETTLEMENT; JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER